Patrick G. Byrne (Nevada Bar #7636)
Erin M. Gettel (Nevada Bar #13877)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: pbyrne@swlaw.com
        egettel@swlaw.com

Michael A. Parks, IL 6217230
*(Admitted Pro Hac Vice)*
Sartouk H. Moussavi, IL 6313554
*(Admitted Pro Hac Vice)*
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603
P: (312) 346-7500; F: (312) 580-2201
mparks@thompsoncoburn.com
smoussavi@thompsoncoburn.com

*Attorneys for Plaintiff ASIS International, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASIS INTERNATIONAL, INC., | Case No. 2:25-cv-00287-RFB-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT CONFERENCE** |
| vs. | |
| BOARD OF EXECUTIVE PROTECTION PROFESSIONALS, INC., | |
| Defendant. | **[FIRST REQUEST]** |

Plaintiff ASIS International, Inc. ("ASIS") and Defendant Board of Executive Protection Professionals, Inc. ("BEPP" and together with ASIS, the "Parties"), by and through their respective undersigned counsel, submit this Stipulation and Order to Stay Proceedings Pending Settlement Conference. The Parties enter this stipulation because:

4911-1586-0312
4908-5781-5384

1. In February 2025, ASIS instituted this action. ECF No. 1.

2. On March 11, 2025, BEPP filed its Answer, followed by its Amended Answer on March 31, 2025. ECF Nos. 11, 17.

3. On April 9, 2025, the Court entered the Stipulated Discovery Plan and Scheduling Order. ECF No. 20. The discovery cut-off is September 5, 2025.

4. The Parties have filed a Joint Request for Referral for Early Settlement Conference and wish to stay existing case deadlines until shortly after that conference.

5. Accordingly, the Parties stipulate and agree that all remaining deadlines be stayed until 53 days after the settlement conference.[1]

Because the Court's availability for the Early Settlement Conference is unknown at this time, and since the Early Settlement Conference will likely occur after the close of the current discovery cut-off date, the Parties will provide the Court with a revised Discovery Plan and Scheduling Order as outlined in the table below should the Early Settlement Conference be unsuccessful.

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| **Discovery Cut-Off Date** | September 5, 2025 | 53 days after the settlement conference, to be extended by Rule 6 if that calendar date falls on a weekend or holiday. |
| **Dispositive Motions** | October 6, 2025 | 30 days after the proposed discovery cut-off date |
| **Joint Pretrial Order** | November 5, 2025 | 30 days after the proposed dispositive motion deadline |

---

[1] 53 days equals 39 days (the number of days left in the discovery period as of the date of this filing) plus 14 days.

- 2 -

| FRCP 26(a)(3) Disclosures | November 5, 2025 | Disclosures required under FRCP 26(a)(3) and any objections to them will be included in the joint pretrial order. |

SNELL & WILMER L.L.P.

By: /s/ *Erin M. Gettel*
Patrick G. Byrne, Esq.
Erin M. Gettel, Esq.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Michael A. Parks, IL 6217230
*(Admitted Pro Hac Vice)*
Sartouk H. Moussavi, IL 6313554
*(Admitted Pro Hac Vice)*
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603

*Attorneys for Plaintiff ASIS International, Inc.*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Matthew J. McKissick*
Arthur A. Zorio, Esq.
Lindsey A. McDougall, Esq.
Matthew J. McKissick, Esq.
Jamie P. Leavitt, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Defendant Board of Executive Protection Professionals, Inc.*

**IT IS SO ORDERED: The parties foregoing stipulation to stay discovery and pre-trial deadlines is GRANTED. The parties shall submit an Amended Stipulated Discovery Plan and Scheduling order within two (2) weeks of the conclusion of the settlement conference that provides discovery and pretrial deadlines consistent with this stipulation.**

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 8-7-25

- 3 -

4911-1586-0312
4908-5781-5384

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2025, I electronically transmitted the foregoing **STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT CONFERENCE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                              */s/ Jeanne Forrest*
                                              An employee of Snell & Wilmer L.L.P.

- 4 -

4911-1586-0312
4908-5781-5384