# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ASIS International, Inc.

Plaintiff,

v.

Board of Executive Protection Professionals, Inc.

Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-00287-RFB-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Plainitff, ASIS International, Inc., and against Defendant, Board of Executive Protection Professionals, Inc.

04/05/2026
Date

DEBRA K. KEMPI
Clerk

/s/ ALZ
Deputy Clerk