# EXHIBIT A

Correspondence Between the Parties from
March 31 – July 28, 2025

EXHIBIT A

**From:** Gettel, Erin <egettel@swlaw.com>
**Sent:** Monday, July 28, 2025 4:11 PM
**To:** McKissick, Matthew J.; Parks, Michael A.; Zorio, Arthur A.; Moussavi, Sartouk H.
**Cc:** McDougall, Lindsey A.; Bement, Brendan M.
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

Thanks, Matt, I'll accept these and file with your signature.

**Erin M. Gettel** (she/her/hers)

O: 702.784.5329 | M: 810.300.5916
egettel@swlaw.com

**SNELL**
**& WILMER**
swlaw.com | LinkedIn

1700 South Pavilion Center Drive | Suite 700 | Las Vegas, NV 89135
Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Palo Alto | Phoenix | Portland | Reno-Tahoe | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

**From:** McKissick, Matthew J. <mmckissick@bhfs.com>
**Sent:** Monday, July 28, 2025 12:53 PM
**To:** Gettel, Erin <egettel@swlaw.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**[EXTERNAL]** mmckissick@bhfs.com

---

Hi Erin,

See our proposed edits attached. Because the Court generally prefers to have fixed extension periods in mind when considering requests like this, we asked specifically for a stay of 53 days, which equals 39 (the number of days left in discovery) plus 14. That preserves the full discovery period plus 14 days, regardless of when the settlement conference is scheduled and presuming it will be held after the current discovery cut-off date. We also added a table showing the current and proposed deadlines, which the Court also likes to see in these requests.

Unless you have any additional edits, comments, or questions, these are okay to file. You can use my signature. Thanks for putting these together.

Matt

*Matthew J. McKissick*
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7054 tel
mmckissick@bhfs.com

***Brownstein - we're all in.***

---

**From:** Gettel, Erin <egettel@swlaw.com>
**Sent:** Sunday, July 27, 2025 4:30 PM
**To:** McKissick, Matthew J. <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Hi Matt,

Please see attached stipulation to stay as well as joint request for referral for settlement conference. I thought more about it and figured that a filing would be safest and that way we can just file the two at the same time. Please let me know if I may affix your e-signature or if you have any changes. Thank you!

**Erin M. Gettel** (she/her/hers)

**O:** 702.784.5329 | **M:** 810.300.5916
egettel@swlaw.com

**SNELL**
**& WILMER**
swlaw.com | LinkedIn

1700 South Pavilion Center Drive | Suite 700 | Las Vegas, NV 89135
Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Palo Alto | Phoenix | Portland | Reno-Tahoe | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.
This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** McKissick, Matthew J. <mmckissick@bhfs.com>
**Sent:** Friday, July 25, 2025 11:35 AM
**To:** Gettel, Erin <egettel@swlaw.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**[EXTERNAL] mmckissick@bhfs.com**

---

No worries, Erin.

Reaching out to chambers first to figure out scheduling is fine. We'll keep an eye out for that email and thank you for confirming the scope of the stipulation.


***Matthew J. McKissick***
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7054 tel
mmckissick@bhfs.com


***Brownstein - we're all in.***

---

**From:** Gettel, Erin <egettel@swlaw.com>
**Sent:** Friday, July 25, 2025 10:39 AM
**To:** McKissick, Matthew J. <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Sorry, Matt**—was just emailing your colleague Max on another case!


**Erin M. Gettel** (she/her/hers)

O: 702.784.5329 | M: 810.300.5916
egettel@swlaw.com

**SNELL**
**& WILMER**
swlaw.com | LinkedIn

1700 South Pavilion Center Drive | Suite 700 | Las Vegas, NV 89135
Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Palo Alto | Phoenix | Portland | Reno-Tahoe | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.


This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Gettel, Erin
**Sent:** Friday, July 25, 2025 10:38 AM
**To:** 'McKissick, Matthew J.' <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Hi Max,

August 19-21 won't work for us, so looks like we'll need to look for dates a little further out. I know I suggested figuring out our own calendars first, but I think at this point it makes sense to reach out to chambers and get an MJ assigned and then we can work on scheduling. I'll get that email together now and of course cc you and your team. Understood regarding the stipulation and that it will only include remaining deadlines and not revive those that have already passed.

**Erin M. Gettel** (she/her/hers)

**O:** 702.784.5329 | **M:** 810.300.5916
egettel@swlaw.com

**SNELL**
**& WILMER**
swlaw.com | LinkedIn

1700 South Pavilion Center Drive | Suite 700 | Las Vegas, NV 89135
Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Palo Alto | Phoenix | Portland | Reno-Tahoe | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** McKissick, Matthew J. <mmckissick@bhfs.com>
**Sent:** Thursday, July 24, 2025 2:56 PM
**To:** Gettel, Erin <egettel@swlaw.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**[EXTERNAL] mmckissick@bhfs.com**

---

Hi Erin,

August 14-15 won't work for us, but we can do August 19-21. Let us know if that works on your side.

As for the stipulation, we will agree to a stipulation that stays remaining deadlines, but to be clear, we will not agree to revive any deadlines that have already passed, such as the expert disclosure deadline.

Thanks,
Matt

***Matthew J. McKissick***
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7054 tel
mmckissick@bhfs.com

***Brownstein - we're all in.***

---

**From:** Gettel, Erin <egettel@swlaw.com>
**Sent:** Thursday, July 24, 2025 8:47 AM
**To:** McKissick, Matthew J. <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Hi Matt,

We would like to propose August 14 or 15 for the settlement conference. Would that work on your side? Also, we would like to do a stipulation staying all deadlines until shortly after the settlement conference. Is that acceptable to you all? Thank you!

**Erin M. Gettel** (she/her/hers)

O: 702.784.5329 | M: 810.300.5916
egettel@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

1700 South Pavilion Center Drive | Suite 700 | Las Vegas, NV 89135
Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Palo Alto | Phoenix | Portland | Reno-Tahoe | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** McKissick, Matthew J. <mmckissick@bhfs.com>
**Sent:** Wednesday, July 23, 2025 10:51 AM
**To:** Gettel, Erin <egettel@swlaw.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**[EXTERNAL] mmckissick@bhfs.com**

---

That works. Art is unavailable until August 4, so we would prefer to see what is available for the week of August 11 or August 18.

Thanks,
Matt

***Matthew J. McKissick***
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7054 tel
mmckissick@bhfs.com

***Brownstein - we're all in.***

---

**From:** Gettel, Erin <egettel@swlaw.com>
**Sent:** Wednesday, July 23, 2025 10:35 AM
**To:** Parks, Michael A. <MParks@thompsoncoburn.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>

**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Hi All,

I will email Judge Boulware's chambers cc'ing counsel for both sides and ask that the Court refer our case to a magistrate judge for a settlement conference. I am not sure if the Court will ask that we file something, but the local rules don't provide for a specific procedure so that should work. Do we have a proposed timeframe for the settlement conference? That may affect where its assigned or which magistrate judge volunteers.

**Erin M. Gettel** (she/her/hers)

O: 702.784.5329 | M: 810.300.5916
egettel@swlaw.com

**SNELL**
**& WILMER**
swlaw.com | LinkedIn

1700 South Pavilion Center Drive | Suite 700 | Las Vegas, NV 89135
Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Palo Alto | Phoenix | Portland | Reno-Tahoe | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Parks, Michael A. <MParks@thompsoncoburn.com>
**Sent:** Wednesday, July 23, 2025 9:33 AM
**To:** McKissick, Matthew J. <mmckissick@bhfs.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Gettel, Erin <egettel@swlaw.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**[EXTERNAL] mparks@thompsoncoburn.com**

---

Thanks. Yes, that's correct about the deposition; we can take it off calendar for now.

**Michael A. Parks**
(he/him/his)
mparks@thompsoncoburn.com
P: 312 580 2237
F: 312 580 2201
M: 312.375.2014

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** McKissick, Matthew J. <mmckissick@bhfs.com>
**Sent:** Tuesday, July 22, 2025 5:16 PM
**To:** Parks, Michael A. <MParks@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>

**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Erin Gettel <egettel@swlaw.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

Michael,

Our client will agree to attend a settlement conference with a magistrate judge.

We presume this means the deposition noticed for August 1 will not take place. Please confirm.

Thanks,
Matt

***Matthew J. McKissick***
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7054 tel
mmckissick@bhfs.com

***Brownstein - we're all in.***

---

**From:** Parks, Michael A. <MParks@thompsoncoburn.com>
**Sent:** Tuesday, July 22, 2025 12:38 PM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Art,

Our client remains concerned about your client's refusal to sign the NDA, especially in view of your client's prior disclosure to the media of the parties' confidential settlement discussions. You previously suggested a settlement conference before Magistrate Judge Couvillier. Our client would be willing to proceed in a settlement conference before Judge Couvillier, as it would better address the concerns over confidentiality, and we believe he could help the parties reach resolution of this dispute. If your client is interested, let us know and we could then jointly send a request to him for a settlement conference and a stay of the litigation while we proceed with the settlement process before him.

Best regards,

Michael

**Michael A. Parks**
(he/him/his)
mparks@thompsoncoburn.com
P: 312 580 2237
F: 312 580 2201
M: 312.375.2014

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Wednesday, July 16, 2025 6:00 PM
**To:** Parks, Michael A. <MParks@thompsoncoburn.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

I have not received a response to my July 2 email. I look forward to hearing from you.

Art

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Zorio, Arthur A.
**Sent:** Wednesday, July 2, 2025 4:35 PM
**To:** Parks, Michael A. <MParks@thompsoncoburn.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

BEPP is, and has been, willing to have discussions regarding settlement and continues to invite ASIS to do so. Respectfully, personal attacks, argumentative, and disingenuous statements are not productive. Is ASIS willing to adopt for the purposes of future settlement discussions among counsel the local rule that applies only to judicially ordered settlement conferences? LR 16-5 ("The court's ADR process is confidential.") (emphasis added). If ASIS is willing to do so, then please indicate so and the parties can execute a simple one paragraph recognition thereof and engage in discussions. ASIS will be compelled to comply with Local Rule 16-5 when the Court orders the parties to a settlement conference later in this case. It is counter-productive to argue over revisions to a document that the parties have not agreed to and that, under ASIS's revisions, provide ongoing obligations in excess of what would otherwise be required by law, or by the local rule if the parties were ordered to participate in the court's ADR process.

BEPP communicated to ASIS its position regarding settlement long ago, and provided a settlement agreement on May 21, 2025. ASIS has not provided any proposed changes to that settlement agreement.

We look forward to ASIS agreeing to discuss resolution of this case either (1) without a confidentiality agreement, or (2) ASIS may agree to adopt the confidentiality provision in LR 16-5 for future discussions regarding settlement. Please let us know which ASIS prefers.

BEPP has done nothing inappropriate regarding its website or its discussions with unsolicited media requests. Your reference to a webpage header and a statement that there is a "section of their website devoted to this case" is misleadingly false. There is no section of BEPP's public website "devoted to this case."

With regard to an extension of the initial expert disclosure deadline: the final date to seek an extension of the initial expert disclosure deadline has passed, it was June 16, 2025. LR 26-3. You email appears to condition an extension of the expert disclosure deadlines and conducting Mr. Cameron's deposition on not being able to resolve the matter. As we have stated numerous times, BEPP is and has been ready and willing to discuss resolution of this matter. We look forward to a substantive response to BEPP's settlement agreement provided to you on May 21, 2027 so we can engage in substantive settlement discussions.

If you choose to go forward with Mr. Cameron's deposition, the date of August 1 will work on BEPP's side. Please confirm if you intend to go forward with that deposition on that date.

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Parks, Michael A. <MParks@thompsoncoburn.com>
**Sent:** Monday, June 30, 2025 1:24 PM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>; Bement, Brendan M. <BBement@thompsoncoburn.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Art,

Let's be clear on the facts here. It was your client who disclosed to the media, including to Christie Smythe/IPVM, the purported details of settlement communications between the parties. It is your client who currently has a section of their website devoted to this case:




It is clear from your client's actions that they have no respect for the confidentiality of settlement communications, and they are trying to retaliate and make ASIS look bad for enforcing its trademark rights against a defendant who said they would stop using the infringing mark but then reneged on their promise.

Art, you were agreeable to the concept of an NDA to address our concerns about your client's disclosures of confidential settlement discussions to Ms. Smythe. You drafted the NDA. We provided non-controversial edits to it. Now for some undisclosed reason, your client appears to be backtracking on entering into the NDA that you drafted, and we'd like to know why.

With respect to your question regarding Local Rule 16.5, that local rule has been in place since this case started and your client's actions haven't complied with it, while our client has. This is why the NDA is necessary. If this process has become overly complicated, it is solely due to your client's actions.

We would like to resolve this case amicably. However, if we cannot, deadlines are approaching, and we need to move forward. To that end, please find attached a deposition notice for James Cameron for August 1. If this date doesn't work and we don't settle the case, we can find an alternate date in the same general timeframe. Please also let us know if your client is agreeable to an extension of the expert discovery deadlines in the case, if we are going to pursue settlement.

Best regards,

**Michael A. Parks**
(he/him/his)
mparks@thompsoncoburn.com
P: 312 580 2237
F: 312 580 2201
M: 312.375.2014

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Thursday, June 26, 2025 11:33 AM
**To:** Parks, Michael A. <MParks@thompsoncoburn.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Will ASIS agree to adopt the local rule for confidentiality required at judicial settlement conferences for future discussions among the parties or not? We look forward to your response.

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

**From:** Parks, Michael A. <MParks@thompsoncoburn.com>
**Sent:** Saturday, June 21, 2025 8:15 AM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel

<egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Is your client refusing to sign the NDA you drafted (and we provided comments to)? If so, why?

**Michael A. Parks**
(he/him/his)
mparks@thompsoncoburn.com
P: 312 580 2237
F: 312 580 2201
M: 312.375.2014

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Friday, June 20, 2025 4:48 PM
**To:** Parks, Michael A. <MParks@thompsoncoburn.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

Perhaps this is getting overly complicated. How about the parties just agree to the confidentiality required at judicial settlement conferences, expressed in Local Rule 16-5?

LR 16-5: "Unless otherwise agreed by the parties or ordered by the court, no disclosure may be made to anyone, including the judicial officer to whom the case is assigned, of any confidential dispute-resolution communication that reveals the parties' dispute-resolution positions or the evaluating magistrate judge's advice or opinions. Confidential dispute-resolution communications will not be admissible in any subsequent proceeding except as permitted by the Federal Rules of Evidence. In the event of a dispute to enforce a settlement agreement, the court may order the disclosure of confidential information."

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Parks, Michael A. <MParks@thompsoncoburn.com>
**Sent:** Thursday, June 12, 2025 6:54 AM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Art, following up again to see if you all are okay with our changes to the NDA, or if you have any comments to them. Please let us know. Thanks, Michael.

**Michael A. Parks**
(he/him/his)
mparks@thompsoncoburn.com
P: 312 580 2237
F: 312 580 2201
M: 312.375.2014

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Parks, Michael A.
**Sent:** Thursday, June 5, 2025 7:41 AM
**To:** 'Zorio, Arthur A.' <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** 'McDougall, Lindsey A.' <LMcDougall@bhfs.com>; 'McKissick, Matthew J.' <mmckissick@bhfs.com>; 'Erin Gettel' <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Art: just following up to see if you all are okay with our changes to the NDA, or if you have any comments to them. Please let us know. Thanks, Michael.

**Michael A. Parks**
(he/him/his)
mparks@thompsoncoburn.com
P: 312 580 2237
F: 312 580 2201
M: 312.375.2014

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Parks, Michael A.
**Sent:** Thursday, May 29, 2025 12:22 PM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Thanks. See our comments attached.

**Michael A. Parks**
(he/him/his)
mparks@thompsoncoburn.com
P: 312 580 2237
F: 312 580 2201
M: 312.375.2014

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Tuesday, May 27, 2025 4:04 PM
**To:** Parks, Michael A. <MParks@thompsoncoburn.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel

<egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

Attached is a draft NDA. We look forward to hearing from you.

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Parks, Michael A. <MParks@thompsoncoburn.com>
**Sent:** Thursday, May 22, 2025 12:05 PM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>; Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Art,

Thanks for your email. ASIS is open to an amicable resolution of this matter, but, for the reasons stated on our last call and in Sartouk's May 5 email below, ASIS will only entertain settlement discussions with BEPP after the parties enter a non-disclosure agreement. We can prepare the NDA, unless you want to send us a proposed draft as you indicated on our last call. Let us know.

Thanks,

Michael

**Michael A. Parks**
(he/him/his)
mparks@thompsoncoburn.com
P: 312 580 2237
F: 312 580 2201
M: 312.375.2014

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Wednesday, May 21, 2025 5:59 PM
**To:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

RECEIVED FROM EXTERNAL SENDER - USE CAUTION

---

FRE 408—

As you are aware, our client communicated several times it has been willing not to use the accused marks. You may confirm that it has filed express abandonment of its administrative applications for CERTIFIED EXECUTIVE PROTECTION PROFESSIONAL, CEPP, EXECUTIVE PROTECTION PROFESSIONAL, and CLOSE PROTECTION PROFESSIONAL at the Trademark Office. There is no monetary relief to pursue: The Board of Executive Protection Professionals has provided no goods or services under the accused marks, and ASIS has no damages related to the non-existent use of the accused marks. There is no legitimate reason for ASIS to multiply the proceedings by continuing this matter.

Respectfully, there is nothing about the conduct of the Board of Executive Protection Professionals that would be an impediment to resolution of this case.

Attached is a proposed settlement agreement for your review: governed by Rule 408, Federal Rules of Civil Procedure. We hope that you and ASIS will consider resolution of this matter without the parties having to commit time and money to unnecessary litigation.

We look forward to your response.

Regards,

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Sent:** Friday, May 9, 2025 10:15 AM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Art, this is disappointing. As you know, our client indicated it wanted an NDA before any settlement discussions. Given the article published this week, it is clear why your client did not want to sign the NDA. Given your client's conduct, and its unwillingness to agree to keep matters confidential, ASIS sees no choice but to litigate this matter and to seek its attorneys fees in connection with BEPP's willful infringement.

Regards,

**Sartouk H. Moussavi**
smoussavi@thompsoncoburn.com
P: 312 580 5082
F: 312 580 2201
M: 312.533.7698

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor

Chicago, IL 60603
www.thompsoncoburn.com

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Wednesday, May 7, 2025 5:13 PM
**To:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Sartouk,

Thank you for your email below.

Although I stated to you that I would discuss an non-disclosure agreement with our client in response to your request regarding the same, our client has rejected a non-disclosure agreement for settlement discussions. Federal Rule of Evidence 408 controls.

On March 31, 2025 you acknowledged receipt that date of Ms. McDougal's prior correspondence dated February 25, 2025 and February 28, 2025, regarding resolution of this dispute. Is ASIS prepared to make a counter-proposal for resolution of this matter?

We look forward to hearing from you.

Art

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

**From:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Sent:** Monday, May 5, 2025 1:01 PM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Art,

As you know, we had a FRE 408 meeting two weeks ago in which we raised ASIS's concern about the possibility of your client (Mr. Cameron of BEPP) not keeping the parties' settlement discussions confidential. You told us that you understood and that you would send us a draft NDA for our review. Because you said that you had a mediation or another matter that was going to take up the rest of your week, we did not immediately follow up, wanting to give you time to prepare and send it.

Fast forward to today, perhaps answering why we haven't received a draft of the NDA, we learned that Mr. Cameron has been communicating with outside media about the settlement discussions, including even the fact that we wanted an NDA for the discussions.

Suffice to say, this is both not going to be helpful to resolve this matter, and also very disappointing that your client is actually doing the very thing our client was concerned with that we raised with you on our call.

Regards,

**Sartouk H. Moussavi**
smoussavi@thompsoncoburn.com
P: 312 580 5082
F: 312 580 2201
M: 312.533.7698

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Thursday, April 17, 2025 4:19 PM
**To:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Parks, Michael A. <MParks@thompsoncoburn.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

Following up on my last email: Will Monday, between 9-12:30 (PT) work for a quick call?

Art

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Zorio, Arthur A.
**Sent:** Wednesday, April 16, 2025 7:48 AM
**To:** Sartouk H. Moussavi <SMoussavi@thompsoncoburn.com>
**Cc:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>; Michael A. Parks <MParks@thompsoncoburn.com>; Erin Gettel <egettel@swlaw.com>
**Subject:** Re: ASIS v. Board of Executive Protection Professionals --FRE 408

Monday between 9-12:30 (PT) is best for us. Tuesday-Wednesday, I am out of town for two separate mediations.

Art


***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
775.846.1511 cell
azorio@bhfs.com

***Brownstein - we're all in.***


On Apr 16, 2025, at 6:44 AM, Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com> wrote:

Hi Art, are you guys available early next week for a short call?


**Sartouk H. Moussavi**
smoussavi@thompsoncoburn.com
P: 312 580 5082
F: 312 580 2201
M: 312.533.7698

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com


**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Thursday, April 10, 2025 1:22 PM
**To:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>; McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>
**Cc:** Parks, Michael A. <MParks@thompsoncoburn.com>; Gettel, Erin <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Thanks Sartouk,

We look forward to continuing our discussion.

Art


***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Sent:** Thursday, April 10, 2025 11:18 AM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>; McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>
**Cc:** Parks, Michael A. <MParks@thompsoncoburn.com>; Gettel, Erin <egettel@swlaw.com>
**Subject:** RE: ASIS v. Board of Executive Protection Professionals --FRE 408

Hi Art, we will get back to you early next week.

**Sartouk H. Moussavi**
smoussavi@thompsoncoburn.com
P: 312 580 5082
F: 312 580 2201
M: 312.533.7698

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Thursday, April 10, 2025 10:57 AM
**To:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>; McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>
**Cc:** Parks, Michael A. <MParks@thompsoncoburn.com>; Gettel, Erin <egettel@swlaw.com>
**Subject:** ASIS v. Board of Executive Protection Professionals --FRE 408

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

Good morning all,

I am following up on our March 31 conversation. Please let us know further thoughts on an early resolution of this case particularly in light of the prior correspondence.

If a conference call would be beneficial, we are happy to set one up.

Art

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Sent:** Monday, March 31, 2025 11:31 AM
**To:** McDougall, Lindsey A. <LMcDougall@bhfs.com>; Zorio, Arthur A. <AZorio@BHFS.com>; McKissick,

Matthew J. <mmckissick@bhfs.com>
**Cc:** Parks, Michael A. <MParks@thompsoncoburn.com>; Gettel, Erin <egettel@swlaw.com>
**Subject:** RE: Activity in Case 2:25-cv-00287-RFB-MDC ASIS International, Inc. v. Board of Executive Protection Professionals, Inc. Standing Order

Lindsey, confirm that we received your email with attachments. And not sure why we did not receive the emails when they were sent. We will revert with a draft Rule 26 Report shortly.

**Sartouk H. Moussavi**
smoussavi@thompsoncoburn.com
P: 312 580 5082
F: 312 580 2201
M: 312.533.7698

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** McDougall, Lindsey A. <LMcDougall@bhfs.com>
**Sent:** Monday, March 31, 2025 1:25 PM
**To:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>; Zorio, Arthur A. <AZorio@BHFS.com>; McKissick, Matthew J. <mmckissick@bhfs.com>
**Cc:** Parks, Michael A. <MParks@thompsoncoburn.com>; Gettel, Erin <egettel@swlaw.com>
**Subject:** RE: Activity in Case 2:25-cv-00287-RFB-MDC ASIS International, Inc. v. Board of Executive Protection Professionals, Inc. Standing Order

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

Prior correspondence attached.

***Lindsey A. McDougall***
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7056 tel
LMcDougall@bhfs.com

***Brownstein - we're all in.***

---

**From:** Moussavi, Sartouk H. <SMoussavi@thompsoncoburn.com>
**Sent:** Monday, March 31, 2025 11:22 AM
**To:** Zorio, Arthur A. <AZorio@BHFS.com>; McDougall, Lindsey A. <LMcDougall@bhfs.com>; McKissick, Matthew J. <mmckissick@bhfs.com>
**Cc:** Parks, Michael A. <MParks@thompsoncoburn.com>; Gettel, Erin <egettel@swlaw.com>
**Subject:** FW: Activity in Case 2:25-cv-00287-RFB-MDC ASIS International, Inc. v. Board of Executive Protection Professionals, Inc. Standing Order

Hi all, following up on our conversation, here are our emails.

**Sartouk H. Moussavi**
smoussavi@thompsoncoburn.com
P: 312 580 5082
F: 312 580 2201
M: 312.533.7698

**Thompson Coburn LLP**
55 East Monroe Street 37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
**Sent:** Wednesday, March 26, 2025 2:13 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:25-cv-00287-RFB-MDC ASIS International, Inc. v. Board of Executive Protection Professionals, Inc. Standing Order

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Nevada**

## Notice of Electronic Filing

The following transaction was entered on 3/26/2025 at 12:12 PM PDT and filed on 3/26/2025

| | |
|---|---|
| **Case Name:** | ASIS International, Inc. v. Board of Executive Protection Professionals, Inc. |
| **Case Number:** | 2:25-cv-00287-RFB-MDC |
| **Filer:** | |
| **Document Number:** | 16(No document attached) |

**Docket Text:**
**STANDING ORDER. This case has been assigned to the Honorable Maximiliano D. Couvillier, III. Judge Couvillier's Standing Order is posted on the U.S. District Court, District of Nevada public website and may be accessed directly via this hyperlink: www.nvd.uscourts.gov. (Copies have been distributed pursuant to the NEF - TR)**

**2:25-cv-00287-RFB-MDC Notice has been electronically mailed to:**

Arthur A Zorio azorio@bhfs.com, RenoIDFilings@bhfs.com

Patrick Gerard Byrne pbyrne@swlaw.com, DOCKET_LAS@swlaw.com, delvira@swlaw.com, jforrest@swlaw.com

Erin M. Gettel egettel@swlaw.com, DOCKET_LAS@swlaw.com, delvira@swlaw.com, jforrest@swlaw.com

Matthew J. McKissick mmckissick@bhfs.com

Jamie Leavitt jleavitt@bhfs.com, wcosby@bhfs.com

Lindsey McDougall lmcdougall@bhfs.com

Michael A. Parks mparks@thompsoncoburn.com, cvelazquez@thompsoncoburn.com

Sartouk Moussavi smoussavi@thompsoncoburn.com, eharris@thompsoncoburn.com

**2:25-cv-00287-RFB-MDC Notice has been delivered by other means to:**

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.